THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Eric Samuel,       
Appellant.
 
 
 

Appeal From Charleston County
Thomas L. Hughston, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-327
Submitted February 20, 2003  Filed 
 May 15, 2003   

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; Ralph E. Hoisington, of Charleston; for Respondent.
 
 
 

PER CURIAM:   Eric Samuel appeals 
 his convictions for armed robbery and assault and battery of a high and aggravated 
 nature.  Samuels appellate counsel has petitioned to be relieved as counsel, 
 stating she has reviewed the record and has concluded Samuels appeal is without 
 merit.  The issue briefed by counsel concerns the trial courts refusal to suppress 
 Samuels statement to the police.  Samuel filed two pro se briefs 
 alleging numerous errors in the trial proceedings.
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Samuels 
 appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., and CURETON and GOOLSBY, JJ., concur.

 
 [1]  
 Because oral argument would not aid the court in resolving the issues on appeal, 
 we decide this case without oral argument pursuant to Rules 215 and 220(b)(2), 
 SCACR.